IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-36 |
| | ) | |
| v. | ) | GOVERNMENT'S TRIAL |
| | ) | BRIEF |
| DAVID MICHAEL WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through Assistant United

States Attorney Andrea L. Glasgow and hereby submits its trial brief for the jury trial

beginning September 25, 2023.

## TABLE OF CONTENTS

I. CHARGES ........................................................................................................ 1

II. SUMMARY OF FACTS ................................................................................. 2

III. ANTICIPATED LEGAL ISSUES ........................................................... 13

## I.    CHARGES

The defendant was charged by indictment on April 13, 2021, with Count 1:

Production of Child Pornography, involving Minor Victim 1, on or about October 7,

2020, through January 18, 2021, in violation of Title 18, United States Code, Sections

2, 2251(a), and 2251(e); Count 2: Production of Child Pornography, involving Minor

Victim 2, on or about February 18, 2020, through September 30, 2020, in violation of

Title 18, United States Code, Sections 2251(a) and 2251(e); Count 3: Distribution of

Child Pornography, on or about February 18, 2020, through on or about January 18,

2021, in violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1);

and Count 5: Possession of Child Pornography, on or about June 9, 2021, in violation

1

of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2). R. Doc. 2. Co-defendant Jason Richard Heider was also charged under Count 1. *Id*. Counts 4 and 6 apply to defendant Heider only. *Id*.

The grand jury also returned a notice of forfeiture, pursuant to Title 18, United States Code, Section 2253. *Id*.

## II.      SUMMARY OF FACTS

### Case Initiation

On February 3, 2021, Davenport Police Department officers executed a search warrant at Woods' residence to search for physical evidence of sexual abuse. No electronics were searched or seized at that time. As a part of that search warrant, officers took photos of the residence.

On May 11, 2021, Minnesota officers executed a search warrant on the apartment of Kyle Maguire related to a child pornography investigation. Maguire was interviewed that same date. The Minnesota officers later contacted the Davenport Police Department to relay that they had located a video of a minor male child standing in his underwear, and saying "Kyle if you, if you ever come I want to suck your cock," and that Maguire had identified that video as having been sent to him by a David Woods who was living in either Davenport or Dubuque. The Minnesota officer also relayed that Maguire stated that he and Woods had used Snapchat and Facebook to communicate. The Minnesota officer sent the video of the minor to DPD. Detective

Obert identified the child as MV1 and recognized the location of the video to be the kitchen of Woods' residence.[1]

Based upon the information received from Minnesota, DPD obtained and executed a number of search warrants. One of the search warrants obtained was for a second search of Woods' residence, however, when officers conducted pre-search surveillance, they noted a sale sign in the yard of the residence and the residence appeared emptied from the last time officers had been at the residence. Officers then conducted surveillance on Woods' parents' residence, and observed Woods arrive at the residence and enter the residence. Officers then obtained a search warrant for Woods' parents residence, for electronics and evidence of travel.

On June 9, 2021, DPD officers executed a search warrant at Woods' parents' residence. During execution of the search warrant, officers seized Woods' phone (an LG G7 ThinQ). Officers executed a search warrant on Woods' phone and located several images of MV1 naked—which appeared to be in Woods' residence. Officers also located three images of MV1 being anally penetrated by an adult male in a button-up shirt, wearing a tie, socks, a wedding ring, and an apple watch. The sexual abuse appeared to take place on a brown leather couch with a tan couch pad, which Detective Obert recognized to be David Woods' living room. Detective Obert also noted that the person taking the photos black pants and white socks with gold tips were visible in the images. There was a fourth photo that appeared to be a close-up

---

[1] MV1 was a 12-year-old child with a known association with Woods, the nature of which is being withheld from this public filing.

of the backside view of the same act. The data associated with the photos indicated they were taken on January 18, 2021, from 11:33 am through 11:36 pm CST.[2] Detectives also located a number of naked images of MV2[3], which appeared to have been taken at Woods' residence—mostly in Woods' bedroom. Officers also located "selfie" photos showing Woods' face and that he was using the phone, including a photo of Woods and MV2 kissing on the mouth and a photo of Woods sitting on a bed where a child was laying in underwear. During the search of Woods' phone, officers also identified Woods to be using the Snapchat account "dwoods4226" and a Facebook account with the user ID 687224176.

### Woods' Snapchat

Officers executed a search warrant on Woods' Snapchat account "dwoods4226." In addition to the fact that information associated with the account was found on Woods' phone, the information obtained from Snapchat, indicated the display name on the account was "David Woods." Additionally, on August 20, 2020, the account sent a message that said "This is David from FB." Then on September 13, 2020, there was an incoming message saying "Happy bday," and the reply was "Thank u." Woods' birthday is September 13.   Furthermore, during the conversation, Woods sent his address numerous times.

---

[2] Woods' phone download reflects Universal Time Coordinated (UTC time). To convert UTC time to CST, you must subtract six hours (or five hours during daylights savings time). This will be explained to the jury, but for example, the exhibits of these photos will reflect a time of "5:33:21 PM (UTC + 0)," which is 11:33 am CST.

[3]  MV2 was a minor until 2022. He was known to have an association with Woods, the nature of which is being withheld from this public filing.

Of particular interest to officers in Woods' Snapchat information was a conversation between Woods and the user "thechildebeast."[4] Officers observed numerous references to both MV1 and MV2, and a number of sexual references to both. Additionally, although the Snapchat return did not include photos, officers were able to compare the conversations in Snapchat, which indicate that photos had been sent, with photos located on Woods' phone. For example, on August 15, 2020, Childers discussed his desire to engage in a sex act with MV2 and then asked Woods whether he had "Any recent nudes?" Woods responded "I sent some last week but didn't take more." Officers located two photos of MV2 nude, from the backside, depicting his butt, which was taken from Woods' bed (a foot of the person taking the photos appears in the pictures). The data associated with those two photos indicate that they were taken on August 8, 2020, a week prior to the conversation. The conversation between Woods and Childers on August 15, 2020, continued and Woods stated "I'll get u some pics tonight or tomorrow." Childers then asked "Do you still have the old pics"? And Woods replied that he did not think so. Woods went on to say "I clean out old ones regularly." When Childers asked why, Woods responded "I get nervous keeping pics like that on my phone." Woods then affirmed that he would take additional photos and Childers said "Be even better if you got some if [sic] [MV2] kissing you and blowing you." To

---

[4] The user of this account was identified as Riley Childers.

which Woods responded "I'll do my best." Officers then located a photograph from later that night of Woods kissing MV2 on the lips.[5]

Another example of this correlation between the Snapchat messages and the images found on Woods' phone is from a conversation between Woods and Childers on August 23, 2020. On that date, the following conversation took place:

> Childers: Mirning [sic]
> Woods: Good morning
> Childers: Butt
> Woods: That was my view this morning
> Childers: Nice
> Woods: How's ur day? Doing anything fun?
> Childers: Naked boy
> Woods: Usually is
> . . .
> Childers: He caught you
> Woods: He posed
> Woods: I told him I was sending u a pic
> Childers: Good. His bush is getting huge

Woods' phone contained three photos of MV2, naked, standing in Woods' bedroom, from August 23, 2020. MV2's penis and testicles are visible in the photographs, as is his pubic hair. The photographs appear to be taken from Woods' bed. In the first two photos, MV2 is not looking at the camera. In the third photograph, MV2 is looking at the camera.

A third example of this correlation between the Snapchat conversations and the photos found on Woods' phone was a conversation between Woods and Childers the morning of September 30, 2020. On that date the following exchange takes place:

---

[5] In the photograph, Woods appears to have facial hair and is significantly heavier than he is now. Detective Obert, and others, are expected to testify about the change in Woods' appearance throughout the pendency of this case.

      Childers: Nice
      Childers: This morning?
      Woods: Last night
      Childers: Oh ok it's a nice pic
      Woods: Up close view for u
      Childers: Good hehe
      Woods: I thought u would enjoy

In Woods' phone, officers located seven photographs of MV2, naked, standing in Woods bedroom with his penis, testicles, and pubic hair visible, taken at approximately 9:50 p.m. on September 29, 2020 (the night before the conversation with Childers). In some of the photos MV2's full body, including face is visible. In two of the photos, MV2 is standing next to Woods' bed with one of his feet resting on the bed. The focus of two of the photos are MV2's genitals and his face/head is partially cut off.

Woods and Childers also talk about MV1 and there are photos of MV1 on Woods' phone that correlate to the timing of their conversations. One example is from October 6, 2020, when Woods discussed that it was "shower time" and that he had to make sure that MV1 was clean and "set the tone and expectations." Childers later sent a message that said "cute butt." Woods' phone had four photos of a child, consistent with MV1's physical appearance, naked, in Woods' shower from October 6, 2020. As a part of that conversation between Woods and Childers, Woods stated that MV1 had "[n]o pubes at all, balls haven't dropped. He's tiny." Confirming that MV1 was prepubescent at the time.

Additionally, there was a conversation between Woods and Childers on October 11, 2020, wherein Woods talked about MV1 and then said "[b]ack in

underwear in bed with me." Officers located a photo on Jason Heider's phone that appears to be a "selfie" of David Woods without a shirt on and MV1 in only his underwear, laying in bed, on October 10, 2020. Furthermore, officers located three photos from October 25, 2020, which depict Woods sitting on the edge of a bed with his hand on the stomach of a child in only underwear. The face of the child in not visible. The child's body appears consistent with the physical appearance of MV1. The sheets on the bed are red and black buffalo plaid. A photo was later located on Jason Heider's phone of MV1 laying on red and black buffalo plaid sheets with his pants pulled down and his legs pulled up so that the focus of the image is on MV1's anus and testicles. MV1's face is partially visible in the photo found on Heider's phone. A close-up of the same photo, with MV1's face cut off was located on Woods' phone.

Also of interest in Woods' Snapchat information, was a conversation between Woods and Childers wherein Woods discussed that he has a friend in Minnesota that was sexually interested in MV1. Woods referred to the friend from Minnesota as "Kyle" and said he was 27. Woods discussed inviting Kyle on a trip with them to St. Louis. In Woods' phone, officers located two photographs of Kyle Maguire.

### David Woods Facebook Account

Officers executed a search warrant on Woods' Facebook Account (the account number located in Woods' phone) and found that the account had been permanently deleted by the user on February 3, 2021, the date of the initial search warrant at Woods' residence.

## Kyle Maguire Facebook

Officers executed a search warrant on Maguire's Facebook account. Officers located a messenger conversation between Maguire and account 687224176 (the account number located on Woods' phone). The messages located that the two were also communicating on Snapchat. The messages discuss Maguire coming to Iowa. The messages also contain messages of Woods discussing going to the Dells or Mall of America. On October 31, 2020, Woods sent a message referring to MV1 by name and saying "[MV1] wakes up early. He is watching tv in my room in his undies." Woods then sent another message that said "He's comfy in undies but not nude yet." Woods then talked about "playing" with MV1's anus. Woods sent a photograph of MV1 without a shirt on, partially covered with a blanket, appearing to be lying next to the person taking the photo.

## Identification of Jason Heider

During the review of Woods' Snapchat data, officers noted reference to "Jason" related to sexual interest in the minor victims. Detective Obert went through the contacts on Woods' phone and located two contacts with the name "Jason." Detective Obert called the number associated with the Jason contact and asked the person to come down to the police department. The person who came down was identified as Jason Heider. Detective Obert noted Heider's physical appearance to be consistent with the adult male depicted anally penetrating MV1 in the photographs in Woods' phone. Additionally, Heider was wearing a wedding ring and Apple watch on his left wrist, consistent with the pictures. Heider was also wearing black socks. Based upon

information provided by Heider during the interview, officers executed a search warrant on his person, his residence, his cell phone, and several of his electronic accounts.

### Jason Heider Cellphone

During a review of Heider's cellphone, officers located numerous messages, images, and videos relevant to this case.

Relevant videos include: (1) a seven-second video of MV2 (clothed) putting a banana in his mouth, taking it back out, waiving, and saying "Good morning, Jason," from August 15, 2020, which appears to be taken at Woods' dining room table/desk. (2) A 25-second video of MV1, standing in Woods' kitchen, in his underwear, from November 6, 2020. In the video Woods can be heard discussing with MV1 that he sleeps in his underwear and that Woods and MV2 sleep naked. (3) A 10-second video of MV1, wearing only underwear and socks, taken in Woods' living room, wherein MV1 says "I'm looking forward to meeting you too," then backs away from the camera. Woods can be heard saying "ok," and MV1 repeats "I'm looking forward to meeting you too. Bye, bye." This video was from November 6, 2020. (4) A five-second video of MV1, with no shirt on, standing in Woods' living room. MV1 appears to be talking before the video starts and the video starts with him saying "Jason." Woods then can be heard, off camera, saying "How about a wave?" MV1 then waved at the camera. This video was from November 6, 2020. (5) A nine-second video of MV1 wearing a blue and grey striped shirt performing oral sex on an adult male in Woods' kitchen. The adult male's face cannot be seen in the video, but the video appears to be taken

by the person receiving the oral sex. During the video, Woods can be heard saying "Ok." MV1 continues performing oral sex, then looks at the camera and says "Hi Jason, I can't wait for you to fuck me." This video was from January 16, 2021. (6) A four-second video of MV1 wearing the same shirt from video (5). The video starts with MV1 kneeling on the floor (location appears to possibly be a public restroom). MV1 looked at the camera and said "Jason, I can't wait for you to fuck me." This video was also from January 16, 2021. (7) A three-second video of MV1 in a white tub/shower with a red shower curtain, consistent with Woods' bathroom. The video depicts MV1 masturbating his own penis. The video starts with a hand of someone else (appearing to be the same person taking the video) pushing the shower curtain aside. This video was also from January 16, 2021. (8) A four-second video of MV1 standing in Woods' kitchen. Woods can be seen, appearing to hold a phone, in the reflection of the window behind MV1. During the video MV1 says "Ok. Hi, I can't wait to see you tomorrow." This video is from the early morning of January 18, 2021 (the same day that the photos of MV1 being sexually abused are created on Woods' phone).

During the extraction of Woods' phone, officers were able to recover what appear to be zoomed-in screenshots of MV1 from videos (2), (3), (5), (6), (7), and (8) (taken off of Heider's phone).

Heider's phone also contains a number of photographs of MV1, MV2, and Woods. The photos include: six photographs of MV2 naked, getting into and in the shower (the shower appears to be Woods' shower with a different shower curtain). One of the photos appears to be a screenshot from a video as there is a "play" button

displayed in the middle of the screen. One of the photos depicts MV2 straight on with his penis and pubic hair visible.

Two photos of MV1 and MV2 (both clothed), from September 12, 2020, standing outside. A photograph (described above) of Woods and MV1 laying in bed with MV1 laying in only his underwear, from October 10, 2020. The same photo with a date of November 4, 2020. Several photos of MV1, which appear to be screenshots of the videos, described above. A photo, from January 16, 2021, of MV1 laying on red and black buffalo plaid sheets with his pants pulled down and his legs pulled up so that the focus of the image is his anus and testicles (photo described above). A series of thumbnails of MV2, naked, appearing to stand in various positions in Woods' basement—appears that the photos could be screenshots from a video.

During the review of Heider's phone, officers also located a conversation between Heider and a person called "Eric Markert" on the Signal application. The conversation was from January 18, 2021, and started at approximately 12:06 p.m. During the conversation, Heider described the sex acts he engaged in with MV1; described MV1 as 12; stated MV1's name; described MV1's relationship to Woods, referred to Woods' by name; described MV2 by name and age; described that "[MV2] has been fucked while unconscious and forced to suck. And spanked a LOT." Additionally, Heider and Markert discuss that Markert wants to "be" Heider and Heider states that "whenever [Markert] visit[s] again, [they] can go there if [he] wants." This conversation took place approximately 30 minutes after the photos of MV1 being sexually abused were created on Woods' phone.

Additionally, Heider's location, from Google, puts him in the location of Woods' house during that timeframe.

## III.    ANTICIPATED LEGAL ISSUES

The government has previously filed a notice and brief related to the admission of certain evidence. (R. Doc. 141, 142.) The government also filed a motion in limine regarding various legal issues it anticipates may arise. (R. Doc. 149.) Additionally, the government filed a request for a non-standard jury instruction regarding the defendant's self-representation. (R. Doc. 146.)

In addition to the issues which have already been raised, the government anticipates needing to submit a special interrogatory to the jury to confirm which image(s)/videos they unanimously find the defendant produced, distributed, and/or possessed.

The government does not anticipate any other unusual legal issues at this time.

Respectfully submitted,

Richard D. Westphal
United States Attorney

*/s/ Andrea L. Glasgow*
Andrea L. Glasgow
Assistant United States Attorney
U.S. Courthouse, Suite 310
131 East Fourth Street
Davenport, Iowa 52801
Tel: (563) 449-5432
Email: andrea.glasgow@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the defendant by U.S. mail.

UNITED STATES ATTORNEY
By: */s/ Andrea L. Glasgow*
    Andrea L. Glasgow