IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-36 |
| | ) | |
| v. | ) | GOVERNMENT'S WITNESS LIST |
| | ) | |
| DAVID MICHAEL WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through the undersigned counsel respectfully submits the following list of witnesses who may be called to testify in the government's case-in-chief. This list may not include all of the names of witnesses who may be called to testify in the government's case-in-chief and the government reserves its right to call additional witnesses as necessary.

1. Allen (A.J.) Poirier, DPD
2. Charles Junge, DPD
3. Evan Obert, DPD
4. Riley Childers
5. Kyle Maguire
6. Jason Heider
7. Dr. Barbara Harre

Respectfully submitted,

Richard D. Westphal
United States Attorney

*/s/ Andrea L. Glasgow*
Andrea L. Glasgow
Assistant United States Attorney
U.S. Courthouse, Suite 310
131 East Fourth Street
Davenport, Iowa 52801
Tel: (563) 449-5432
Email: andrea.glasgow@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document will be served on the defendant, personally, in court, on September 21, 2023.

UNITED STATES ATTORNEY
By: */s/ Andrea L. Glasgow*
     Andrea L. Glasgow