IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHAEL WOODS,<br><br>Defendant. | No. 3:22-cr-36<br><br>**DEFENDANT'S WITNESS LIST** |

Pursuant to the Federal Rules of Criminal Procedure and the Court's Orders, the Defendant provides notice of the following witnesses that he *may* call in its case:

1. Betty Kilburg, DHS;
2. Dallas Feuerbach, Four Oaks DHS;
3. David Heider;
4. Cody Sanders-Woods;
5. MV2;
6. Michelle Woods;
7. Marianne Woods;
8. David L. Woods;
9. James Sutton-Gordon;
10. Riley Childers;
11. Kris Milsap; and
12. Sean Sullivan

_____
Defendant

1