IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-36 |
|---|---|---|
| | ) | |
| v. | ) | GOVERNMENT'S FIRST |
| | ) | AMENDED EXHIBIT LIST |
| DAVID MICHAEL WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through Assistant United States Attorney Andrea L. Glasgow and hereby respectfully submits the following list of exhibits which may be introduced in the government's case-in-chief. This list may not include all exhibits which may be introduced, depending in part upon issues which may arise during trial, and the government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Description |
|---|---|
| | **SEARCH WARRANT PHOTOS FROM WOODS' RESIDENCE** |
| 1 | Photo-Woods' Living Room and Couch |
| 2 | Photo-Woods' Living Room into Dining Room |
| 3 | Photo-Woods' Dining Room toward Wall |
| 4 | Photo-Woods' Dining Room toward Sliding Door |
| 5 | Photo-Woods' Dining Room Back Side of Table |
| 6 | Photo-Woods' Kitchen Overview |
| 7 | Photo-Woods' Kitchen toward Stove |
| 8 | Photo-Woods' Kitchen Sink |
| 9 | Photo-Woods' Stairs and Fish Tank |
| 10 | Photo-Woods' Stairs |
| 11 | Photo-Woods' Stair Landing and Front Closet |

| Exhibit No. | Description |
|---|---|
| 12 | Photo-Woods' Bedroom from Hall |
| 13 | Photo-Woods' Bedroom Bed and Nightstand |
| 14 | Photo-Woods' Bedroom Full Bed |
| 15 | Photo-Woods' Bedroom End of Bed and Window |
| 16 | Photo-Woods' Bedroom Looking Toward Closet |
| 17 | Photo-Woods' Bedroom Looking Toward Hall |
| 18 | Photo-Woods' Bathroom from Door |
| 19 | Photo-Woods' Bathroom Shower and Rug |
| 20 | Photo-Woods' Bathroom Shower Two Soap Dispenser |
| 21 | Photo-Woods' Bathroom Shower Three Soap Dispenser |
| 22 | Photo-Woods' Bathroom Shower Handle |
| 23 | Photo-Woods' Bathroom Shower Green Wall above |
| 24 | Photo-Woods' Postcards |
| 25 | Photo-Woods' Basement Hanging Clothes |
| 26 | Photo-Woods' Basement Shelves |
| 27 | Photo-Woods' Basement Toward Washer Dryer |
|  | **SEARCH WARRANT PHOTOS WOODS' PARENTS' HOUSE** |
| 28 | Photo-Woods' Parents' House Couch |
| 29 | Photo-Woods' Parents' House Tan Couch Cushion |
|  | **WOODS' PHONE DOWNLOAD** |
| 30 | Woods' Full Phone Download (Foundation Only[1]) |
| 30A | Woods' Phone Business Record from LG |
| 31 | Woods' Phone Download Certificate |
| 31A | UTC Time Conversion Charts |
| 32 | Woods' Phone Download-Thumb 2 Information |

---

[1] The government intends to label and refer to a number of exhibits for foundation. The government does not intend to offer these items into evidence.

| Exhibit No. | Description |
|---|---|
| 32A | Photo-Woods' Phone Download-Thumb 2 |
| 33 | Woods' Phone Download-Thumb 3 Information |
| 33A | Photo-Woods' Phone Download-Thumb 3 |
| 34 | Woods' Phone Download-Thumbs 7 & 8 Information |
| 34A | Photo-Woods' Phone Download-Thumb 7 |
| 34B | Photo-Woods' Phone Download-Thumb 8 |
| 35 | Woods' Phone Download-Thumb 9 Information |
| 35A | Photo-Woods' Phone Download-Thumb 9 |
| 36 | Woods' Phone Download-Thumb 11 Information |
| 36A | Photo-Woods' Phone Download-Thumb 11 |
| 37 | Woods' Phone Download-Thumb 12 Information |
| 37A | Photo-Woods' Phone Download Thumb 12 |
| 38 | Woods' Phone Download-Thumb 13 Information (face) |
| 38A | Photo-Woods' Phone Download Thumb 13 (face) |
| 39 | Woods' Phone Download-Thumb 13 Information (butt) |
| 39A | Photo-Woods' Phone Download Thumb 13 (butt) |
| 40 | Woods' Phone Download-Thumb 14 Information |
| 40A | Photo-Woods' Phone Download Thumb 14 |
| 41 | Woods' Phone Download-Thumb 15 Information |
| 41A | Photo-Woods' Phone Download Thumb 15 |
| 42 | Woods' Phone Download-Thumb 17 Information |
| 42A | Photo-Woods' Phone Download Thumb 17 |
| 43 | Woods' Phone Download-Thumb 18 Information (underwear) |
| 43A | Photo-Woods' Phone Download Thumb 18 (underwear) |
| 44 | Woods' Phone Download-Thumb 18 (blue/grey shirt) |
| 44A | Photo-Woods' Phone Download Thumb 18 (blue/grey shirt) |

| Exhibit No. | Description |
|---|---|
| 45 | Woods' Phone Download Thumbs 19 & 20 Information |
| 45A | Photo-Woods' Phone Download Thumb 19 |
| 45B | Photo-Woods' Phone Download Thumb 20 |
| 46 | Woods' Phone Download Thumb 21 Information (underwear) |
| 46A | Photo-Woods' Phone Download Thumb 21 (underwear) |
| 47 | Woods' Phone Download Thumb 21 (shower) |
| 47A | Photo-Woods' Phone Download Thumb 21 (shower) |
| 48 | Woods' Phone Download Thumbs 22, 23, & 24 Information |
| 48A | Photo-Woods' Phone Download Thumb 22 |
| 48B | Photo-Woods' Phone Download Thumb 23 |
| 48C | Photo-Woods' Phone Download Thumb 24 |
| 49 | Woods' Phone Download Thumb 43 Information |
| 49A | Photo-Woods' Phone Download Thumb 43 |
| 50 | Woods' Phone Download Thumb 45 Information |
| 50A | Photo-Woods' Phone Download Thumb 45 |
| 51 | Woods' Phone Download Images 2/18/20 Information |
| 51A | Photo-Woods' Phone Download 2/18/20 MV2 Video Screenshot with Genitals |
| 51B | Photo-Woods' Phone Download 2/18/20 MV2 Backside in Doorway |
| 51C | Photo-Woods' Phone Download 2/18/20 MV2 Side in Hall |
| 51D | Photo-Woods' Phone Download 2/18/20 MV2 Backside in Bedroom |
| 51E | Photo-Woods' Phone Download 2/18/20 MV2 Side in Hall with Genitals |
| 51F | Photo-Woods' Phone Download 2/18/20 MV2 in Hall Hand behind Head with Genitals |
| 52 | Woods' Phone Download Images 2/19/20 Information |
| 52A | Photo-Woods' Phone Download 2/19/20 MV2 Front with Genitals |
| 52B | Photo-Woods' Phone Download 2/19/20 MV2 Front with Hands Touching and Genitals |

4

| Exhibit No. | Description |
|---|---|
| 52C | Photo-Woods' Phone Download 2/19/20 MV2 Backside with Red Blanket |
| 52D | Photo-Woods' Phone Download 2/19/20 MV2 Backside |
| 53 | Woods' Phone Download Images 3/4/20 Information |
| 53A | Photo-Woods' Phone Download 3/4/20 MV2 Backside |
| 54 | Woods' Phone Download Images 3/5/20 Information |
| 54A | Photo-Woods' Phone Download 3/5/20 MV 2 Genitals |
| 54B | Photo-Woods' Phone Download 3/5/20 MV2 Backside |
| 54C | Photo-Woods' Phone Download 3/5/20 MV2 Backside |
| 55 | Woods' Phone Download Images 3/7/20 Information |
| 55A | Photo-Woods' Phone Download 3/7/20 MV 2 with Genitals |
| 56 | Woods' Phone Download Images 3/10/20 Information |
| 56A | Photo-Woods' Phone Download 3/10/20 MV2 Backside |
| 57 | Woods' Phone Download Images 5/8/20 Information |
| 57A | Photo-Woods' Phone Download 5/8/20 MV2 Face |
| 57B | Photo-Woods' Phone Download 5/8/20 MV2 Backside |
| 57C | Photo-Woods' Phone Download 5/8/20 MV2 Backside turning Around |
| 58 | Woods' Phone Download Images 6/7/20 Information |
| 58A | Photo-Woods' Phone Download 6/7/20 MV2 with Genitals |
| 58B | Photo-Woods' Phone Download 6/7/20 MV2 Backside |
| 58C | Photo-Woods' Phone Download 6/7/20 MV2 Backside turning Around |
| 59 | Woods' Phone Download Images 7/9/20 Information |
| 59A | Photo-Woods' Phone Download 7/9/20 MV2 In Shower Hand on Face |
| 59B | Photo-Woods' Phone Download 7/9/20 MV2 In Shower Hand Down |
| 59C | Photo-Woods' Phone Download 7/9/20 MV2 In Shower with Genitals |
| 60 | Woods' Phone Download Images 8/8/20 Information |
| 60A | Photo-Woods' Phone Download 8/8/20 MV2 Backside |

| Exhibit No. | Description |
|---|---|
| 61 | Woods' Phone Download Images 8/8/20 2 Information |
| 61A | Photo-Woods' Phone Download 8/8/20 2 MV2 Backside |
| 62 | Woods' Phone Download Images 8/16/20 Information |
| 62A | Photo-Woods' Phone Download Images 8/16/20 Woods and MV2 Kissing |
| 63 | Woods' Phone Download Images 8/22/20 Information |
| 63A | Photo-Woods' Phone Download Images 8/22/20 MV2 in Doorway with Genitals |
| 63B | Photo-Woods' Phone Download Images 8/22/20 MV2 Backside |
| 63C | Photo-Woods' Phone Download Images 8/22/20 MV2 Backside walking out Door |
| 63D | Photo-Woods' Phone Download Images 8/22/20 MV2 Face and Chest |
| 64 | Woods' Phone Download Images 8/23/20 (bed) Information |
| 64A | Photo-Woods' Phone Download Images 8/23/20 MV2 in Bed Naked |
| 65 | Woods' Phone Download Images 8/23/20 (window 1) Information |
| 65A | Photo-Woods' Phone Download Images 8/23/20 MV2 opening Blind with Genitals |
| 65B | Photo-Woods' Phone Download Images 8/23/20 MV2 looking at Blinds with Genitals |
| 66 | Woods' Phone Download Images 8/23/20 (window 2) Information |
| 66A | Photo-Woods' Phone Download Images 8/23/20 MV2 looking at Camera with Genitals |
| 67 | Woods' Phone Download Images 8/28/20 Information |
| 67A | Photo-Woods' Phone Download Images 8/28/20 MV2 with Hands in the Air with Genitals |
| 67B | Photo-Woods' Phone Download Images 8/28/20 MV2 with Hands at Side with Genitals |
| 67C | Photo-Woods' Phone Download Images 8/28/20 MV2 Backside Arm Out |
| 67D | Photo-Woods' Phone Download Images 8/28/20 MV2 Backside Arm Down |

| Exhibit No. | Description |
|---|---|
| 68 | Woods' Phone Download Images 8/28/20 (Maguire) Information |
| 68A | Photo-Woods' Phone Download Images 8/28/20 Maguire in Grey and Black Shirt |
| 68B | Photo-Woods' Phone Download Images 8/28/20 Maguire Navy Shirt |
| 69 | Woods' Phone Download Images 8/29/20 Information |
| 69A | Photo-Woods' Phone Download Images 8/29/20 MV2 Backside |
| 69B | Photo-Woods' Phone Download Images 8/29/20 MV2 Side with Genitals |
| 70 | Woods' Phone Download Images 9/30/20 Information |
| 70A | Photo-Woods' Phone Download Images 9/30/20 MV2 Genitals No Face |
| 70B | Photo-Woods' Phone Download Images 9/30/20 MV2 Genitals with Face |
| 70C | Photo-Woods' Phone Download Images 9/30/20 MV2 Genitals No Face Hands Touching |
| 70D | Photo-Woods' Phone Download Images 9/30/20 MV2 Full Body with Genitals and Arm Across Stomach |
| 70E | Photo-Woods' Phone Download Images 9/30/20 MV2 Full Body with Genitals and Fist Clenched |
| 70F | Photo-Woods' Phone Download Images 9/30/20 MV2 Backside |
| 70G | Photo-Woods' Phone Download Images 9/30/20 MV2 Full Body with Genitals in Doorway |
| 71 | Woods' Phone Download Images 10/7/20 Information |
| 71A | Photo-Woods' Phone Download Images 10/7/20 MV1 Backside in Shower |
| 71B | Photo-Woods' Phone Download Images 10/7/20 MV1 Backside 2 in Shower |
| 72 | Woods' Phone Download Images 10/7/20 2 Information |
| 72A | Photo-Woods' Phone Download Images 10/7/20 MV1 Backside 3 in Shower |
| 72B | Photo-Woods' Phone Download Images 10/7/20 MV1 Arm and Partial Face in Shower |

| Exhibit No. | Description |
|---|---|
| 73 | Woods' Phone Download Images 10/25/20 Information |
| 73A | Photo-Woods' Phone Download Images 10/25/20 Woods Sitting on Bed with Child in Underwear |
| 73B | Photo-Woods' Phone Download Images 10/25/20 Woods Sitting on Bed with Child in Underwear 2 |
| 73C | Photo-Woods' Phone Download Images 10/25/20 Woods Sitting on Bed with Child in Underwear 3 |
| 74 | Woods' Phone Download Images 10/26/20 Information |
| 74A | Photo-Woods' Phone Download Images 10/26/20 MV1 in Black Underwear 1 |
| 74B | Photo-Woods' Phone Download Images 10/26/20 MV1 in Black Underwear 2 |
| 74C | Photo-Woods' Phone Download Images 10/26/20 MV1 in Black Underwear 3 |
| 74D | Photo-Woods' Phone Download Images 10/26/20 MV1 in Black Underwear 4 |
| 75 | Woods' Phone Download Images 10/26/20 2 Information |
| 75A | Photo-Woods' Phone Download Images 10/26/20 MV1 in Black Underwear 5 |
| 76 | Woods' Phone Download Images 10/29/20 Information |
| 76A | Photo-Woods' Phone Download Images 10/29/20 MV1 in Shower Reaching Hand Out |
| 76B | Photo-Woods' Phone Download Images 10/29/20 MV1 in Shower Backside |
| 76C | Photo-Woods' Phone Download Images 10/29/20 MV1 in Shower Backside 2 |
| 77 | Woods' Phone Download Images 12/26/20 Information |
| 77A | Photo-Woods' Phone Download Images 12/26/20 MV1 in Shower with Penis Exposed |
| 78 | Woods' Phone Download Images 1/14/21 Information |
| 78A | Photo-Woods' Phone Download Images 1/14/21 Maguire in Red Shirt |

| Exhibit No. | Description |
|---|---|
| 79 | Woods' Phone Download Images 1/18/21 Information |
| 79A | Photo-Woods' Phone Download Images 1/18/21 Heider and MV1 Sex Act 1 |
| 79AA | Photo-Woods' Phone Download Images 1/18/21 Heider and MV1 Sex Act 1 REDACTED |
| 79B | Photo-Woods' Phone Download Images 1/18/21 Heider and MV1 Sex Act 2 |
| 79C | Photo-Woods' Phone Download Images 1/18/21 Heider and MV1 Sex Act 3 |
| 80 | Woods' Phone Download Images 1/18/21 2 Information |
| 80A | Photo-Woods' Phone Download Images 1/18/21 Heider and MV1 Sex Act Behind |
| | **WOODS SNAPCHAT ACCOUNT** |
| 81 | Woods Snapchat Account Full Return (Foundation Only) |
| 81A | Woods Snapchat Account Information |
| 82 | Woods Snapchat Certificate of Authenticity |
| 83 | Woods Snapchat Chat Excerpt 8/15/20 |
| 84 | Woods Snapchat Chat Excerpt 8/16/20 |
| 85 | Woods Snapchat Chat Excerpt 8/20/20 |
| 86 | Woods Snapchat Chat Excerpt 8/22/20 |
| 87 | Woods Snapchat Chat Excerpt 8/23/20 |
| 88 | Woods Snapchat Chat Excerpt 8/28/20 |
| 89 | Woods Snapchat Chat Excerpt 8/29/20 |
| 90 | Woods Snapchat Chat Excerpt 9/13/20 |
| 91 | Woods Snapchat Chat Excerpt 9/28/20 |
| 92 | Woods Snapchat Chat Excerpt 9/30/20 |
| 93 | Woods Snapchat Chat Excerpt 10/6/20 |
| 94 | Woods Snapchat Chat Excerpt 10/11/20 |

| Exhibit No. | Description |
|---|---|
| 95 | Woods Snapchat Chat Excerpt 2742 E Pleasant |
| 96 | Woods Snapchat Media Photo of MV1 in Spiderman Costume Information |
| 96A | Photo-Woods Snapchat Media Photo of MV1 in Spiderman Costume |
| 97 | Woods Snapchat Media Video of MV1 in Shower Information |
| 97A | Photo-Woods Snapchat Media Screenshot of MV1 in Shower Video |
| 97B | Video-Woods Snapchat Media MV1 in Shower Video with Genitals |
| 97C | Transcript-Video-Woods Snapchat Media MV1 in Shower Video with Genitals |
| 98 | Woods Snapchat Media Photo of Woods and MV2 Information |
| 98A | Photo-Woods Snapchat Media Photo of Woods and MV2 |
| | **HEIDER PHONE DOWNLOAD** |
| 99 | Heider Phone Full Download (Foundation Only) |
| 99A | Heider Phone Download Certificate |
| 100 | Heider Phone Video 8/15/20 MV2 with Banana Information |
| 100A | Video-Heider Phone Video 8/15/20 MV2 with Banana |
| 100B | Transcript-Video-Heider Phone Video 8/15/20 MV2 with Banana |
| 101 | Heider Phone Video 11/6/20 10:39 pm MV1 in Pants Information |
| 101A | Video-Heider Phone Video 11/6/20 10:39 pm MV1 in Pants |
| 101B | Transcript-Video-Heider Phone Video 11/6/20 10:39 pm MV1 in Pants |
| 102 | Heider Phone Video 11/6/20 10:42 pm MV1 in Red Underwear Information |
| 102A | Video-Heider Phone Video 11/6/20 10:42 pm MV1 in Red Underwear |
| 102B | Transcript-Video-Heider Phone Video 11/6/20 10:42 pm MV1 in Red Underwear |
| 103 | Heider Phone Video 11/6/20 11:04 pm MV1 in Kitchen Information |
| 103A | Video-Heider Phone Video 11/6/20 11:04 pm MV1 in Kitchen |

| Exhibit No. | Description |
|---|---|
| 103B | Transcript-Video-Heider Phone Video 11/6/20 11:04 pm MV1 in Kitchen |
| 104 | Heider Phone Video 1/16/21 7:41 pm MV1 in Kitchen Sex Act Information |
| 104A | Video-Heider Phone Video 1/16/21 7:41 pm MV1 in Kitchen Sex Act |
| 104B | Transcript-Video-Heider Phone Video 1/16/21 7:41 pm MV1 in Kitchen Sex Act |
| 105 | Heider Phone Video 1/16/21 8:54 pm MV1 Kneeling Information |
| 105A | Video-Heider Phone Video 1/16/21 8:54 pm MV1 Kneeling |
| 105B | Transcript-Video-Heider Phone Video 1/16/21 8:54 pm MV1 Kneeling |
| 106 | Heider Phone Video 1/16/21 9:44 pm MV1 in Shower Information |
| 106A | Video-Heider Phone Video 1/16/21 9:44 pm MV1 in Shower with Penis |
| 106B | Transcript-Video-Heider Phone Video 1/16/21 9:44 pm MV1 in Shower with Penis |
| 107 | Heider Phone Video 1/18/21 MV1 Clothed in Kitchen Information |
| 107A | Video-Heider Phone Video 1/18/21 MV1 Clothed in Kitchen |
| 107B | Transcript-Video-Heider Phone Video 1/18/21 MV1 Clothed in Kitchen |
| 108 | Heider Phone Images Thumbnails 3350-3352 MV2 Naked in Basement Information |
| 108A | Photo-Heider Phone Image Thumbnail 3350 MV2 Naked in Basement with Genitals |
| 108B | Photo-Heider Phone Image Thumbnail 3350_1 MV2 Naked in Basement with Genitals |
| 108C | Photo-Heider Phone Image Thumbnail 3350_2 MV2 Naked in Basement with Genitals |
| 108D | Photo-Heider Phone Image Thumbnail 3351 MV2 Naked in Basement Backside |
| 108E | Photo-Heider Phone Image Thumbnail 3351_2 MV2 Naked in Basement Backside |

| Exhibit No. | Description |
| --- | --- |
| 108F | Photo-Heider Phone Image Thumbnail 3352 MV2 Naked in Basement Backside |
| 108G | Photo-Heider Phone Image Thumbnail 3352_2 MV2 Naked in Basement Backside |
| 109 | Heider Phone Images 8/15/20 MV2 Clothed in Basement Information |
| 109A | Photo-Heider Phone Image 8/15/20 MV2 Clothed in Basement |
| 110 | Heider Phone Images 8/15/20 MV2 Naked in Shower Information |
| 110A | Photo-Heider Phone Images 8/15/20 MV2 Naked in Shower Backside |
| 110B | Photo-Heider Phone Images 8/15/20 MV2 Naked in Shower Backside 2 |
| 110C | Photo-Heider Phone Images 8/15/20 MV2 Naked in Shower Side with Genitals |
| 111 | Heider Phone Images 8/15/20 MV2 Naked in Shower 2 Information |
| 111A | Photo-Heider Phone Image 8/15/20 MV2 Naked in Shower with Genitals with Play Button |
| 111B | Photo-Heider Phone Image 8/15/20 MV2 Naked in Shower with Leg Kicked |
| 111C | Photo-Heider Phone Images 8/15/20 MV2 Naked in Front of Shower with Genitals |
| 112 | Heider Phone Images 9/12/20 MV1 and MV2 Outside Information |
| 112A | Photo-Heider Phone Image 9/12/20 MV1 and MV2 Outside |
| 113 | Heider Phone Images 10/10/20 Woods and MV1 in Bed Information |
| 113A | Photo-Heider Phone Image 10/10/20 Woods and MV1 in Bed |
| 114 | Heider Phone Images 11/20/20 MV2 Naked in Shower Information |
| 114A | Photo-Heider Phone Image 11/20/20 MV2 Naked in Shower |
| 114B | Photo-Heider Phone Image 11/20/20 MV2 Naked in Shower 2 |
| 115 | Heider Phone Images 12/2/20 MV2 Naked in Shower Information |
| 115A | Photo-Heider Phone Image 12/2/20 MV2 Naked in Shower with Genitals |
| 115B | Photo-Heider Phone Image 12/2/20 MV2 Naked in Shower Backside |

| Exhibit No. | Description |
|---|---|
| 116 | Heider Phone Images 12/9/20 MV1 holding Penis in Living Room Information |
| 116A | Photo-Heider Phone Image 12/9/20 MV1 holding Penis in Living Room |
| 116B | Photo-Heider Phone Image 12/9/20 MV1 Oral Sex |
| 117 | Heider Phone Images 1/16/21 MV1 with Legs Back Genitals Exposed on Bed Information |
| 117A | Photo-Heider Phone Image 1/16/21 MV1 with Legs Back Genitals Exposed on Bed |
| | **JASON HEIDER AGREEMENTS** |
| 118 | Jason Heider Plea Agreement Amended Redacted |
| 119 | Jason Heider Attachment B |
| | **DAVID WOODS FACEBOOK RECORDS** |
| 120 | David Woods Facebook Return (Foundation Only) |
| 121 | David Woods Facebook Certification |
| | **KYLE MAGUIRE FACEBOOK RECORDS** |
| 122 | Kyle Maguire Facebook Return (Foundation Only) |
| 123 | Kyle Maguire Facebook Certificate of Authenticity |
| 124 | Kyle Maguire Facebook Messenger Excerpt |
| | **MISCELLANEOUS** |
| 125 | Charles Junge CV |
| 126 | Dr. Barbara Harre CV |
| 127 | Snapchat Video of MV1 from Minnesota |
| 127A | Transcript-Snapchat Video of MV1 from Minnesota |
| 128 | Maguire Snapchat Full Download (Foundation only) |
| 128A | Maguire Snapchat Certificate of Authenticity |

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Andrea L. Glasgow*
Andrea L. Glasgow
Assistant United States Attorney
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Emails: andrea.glasgow@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document will be served on the defendant, in court, on September 25, 2023.

UNITED STATES ATTORNEY

By: */s/ Andrea L. Glasgow*, Assistant United States Attorney

14