IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

RECEIVED
SEP 26 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cr-00036 |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID MICHAEL WOODS, | ) | VERDICT FORM |
| | ) | |
| Defendant. | ) | |

### COUNT ONE
### (PRODUCTION OF CHILD PORNOGRAPHY – MINOR VICTIM 1)

We, the jury, find the Defendant, DAVID MICHAEL WOODS, __guilty__ of the crime of Producing Child Pornography (Minor
(not guilty/guilty)

Victim 1), as charged in Count One of the Indictment.

_____          \_\_\_\_9/26/23_____
FOREPERSON                                    DATE


(CONTINUE SIGNATURES ON THE NEXT PAGE)

1

# VERDICT FORM CONTINUED
## (Count One – David Michael Woods)

_____        _____
JUROR                                                            JUROR

_____        _____
JUROR                                                            JUROR

_____        _____
JUROR                                                            JUROR

_____        _____
JUROR                                                            JUROR

_____        _____
JUROR                                                            JUROR

_____
JUROR

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cr-00036 |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID MICHAEL WOODS, | ) | VERDICT FORM |
| | ) | |
| Defendant. | ) | |

## COUNT TWO
**(PRODUCTION OF CHILD PORNOGRAPHY – MINOR VICTIM 2)**

We, the jury, find the Defendant, DAVID MICHAEL WOODS,

__guilty__ of the crime of Production of Child Pornography
(not guilty/guilty)

(Minor Victim 2), as charged in Count Two of the Indictment.

_____
FOREPERSON

9/26/23
_____
DATE

(CONTINUE SIGNATURES ON THE NEXT PAGE)

3

## VERDICT FORM CONTINUED
(Count Two – David Michael Woods)

_____  _____
         JUROR                      JUROR

_____  _____
         JUROR                      JUROR

_____  _____
         JUROR                      JUROR

_____  _____
         JUROR                      JUROR

_____  _____
         JUROR                      JUROR

_____
         JUROR

4

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-cr-00036 |
| ) | |
| vs. ) | |
| ) | |
| DAVID MICHAEL WOODS, ) | VERDICT FORM |
| ) | |
| Defendant. ) | |

## COUNT THREE
### (DISTRIBUTION OF CHILD PORNOGRAPHY)

We, the jury, find the Defendant, DAVID MICHAEL WOODS,

__guilty__ of the crime of Distribution of Child Pornography,
(not guilty/guilty)

as charged in Count Three of the Indictment.

_____     9/26/23
FOREPERSON                                               DATE

(CONTINUE SIGNATURES ON THE NEXT PAGE)

5

## VERDICT FORM CONTINUED
### (Count Three – David Michael Woods)

_____    _____
JUROR                       JUROR

_____    _____
JUROR                       JUROR

_____    _____
JUROR                       JUROR

_____    _____
JUROR                       JUROR

_____    _____
JUROR                       JUROR

_____
JUROR

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:22-cr-00036 |
| vs. | ) ) ) | |
| DAVID MICHAEL WOODS, | ) ) | VERDICT FORM |
| Defendant. | ) | |

## COUNT FIVE
### (POSSESSION OF CHILD PORNOGRAPHY)

We, the jury, find the Defendant, DAVID MICHAEL WOODS,

__guilty__ of the crime of Possession of Child Pornography,
(not guilty/guilty)

as charged in Count Five of the Indictment.

_____       9/26/23
FOREPERSON                            DATE

7

(CONTINUE SIGNATURES ON THE NEXT PAGE)
VERDICT FORM CONTINUED
(Count Five – David Michael Woods)

| _____ | _____ |
| JUROR | JUROR |
| _____ | _____ |
| JUROR | JUROR |
| _____ | _____ |
| JUROR | JUROR |
| _____ | _____ |
| JUROR | JUROR |
| _____ | _____ |
| JUROR | JUROR |
| _____ |  |
| JUROR |  |

8