## David Woods Jail Call
## 10/24/2023 7:01 pm
## (563) 676-3233

*Michelle Woods:*  *Are you okay?*

David Woods:  I mean, as okay as I can be. It's just—it's different—it's not how I imagined it working out either. So—

*Michelle Woods:*  *But you did bad things.*

David Woods:  I just—

*Michelle Woods:*  *And had me lie for you. And I found out right before I walked on the stage, as I was walking into the courtroom, following the guy walking me in, that's when I saw [Minor Victim 2] in another room crying by himself. The lawyer had just walked out of the room and I stopped and I went in and said, why are you crying? And he told me right then as I was walking into the courtroom.*

David Woods:  I'm so sorry.

*Michelle Woods:*  *Thank you. I needed to hear that. Um, I, I don't want this to be a depressing call because I, I've been looking forward to talking to you. So let's start talking about other shit, shall we?*

David Woods:  Sure.

